445 A.2d 247

Cornish etc., Appellant, v. Spang Stores Inc., etc.

Argued September 29, 1981. Howard T. Gilfillan, for appellant; Lee Piatt, for appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.